

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Richard Darby, Appellant

No. 06-15-00043-CR        v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 14-F-00133-102). Memorandum Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Carter* participating. *Justice Carter, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect appellant's plea of guilt and to reflect a conviction against Richard Taylor Darby, III. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Richard Darby, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 30, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk